UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH J. SHELLEY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>SWIFTFUNDS FINANCIAL SERVICES, LLC, a California company; SWIFT FUNDS GROUP, LLC, a Texas company; SWIFT FUNDS, LLC, a California Company; MARIE A. PETRIE, an individual; and JASSON PATTERSON, an individual,<br><br>    Defendants. | Case No. 1:17-cv-799<br><br>Hon. Janet T. Neff |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Elizabeth J. Shelley, by and through her counsel, Westbrook Law PLLC, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i) of dismissal of this action, with prejudice and without costs to any party.

Respectfully submitted,

Dated:  November 21, 2017

/s/ Theodore J. Westbrook
Theodore J. Westbrook
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net